# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHYRL MYERS, | : | Civil Action No. 07-01609 |
| Plaintiff, | : | HON. JUDGE GARY L. LANCASTER |
| vs. | : | |
| GROVE CITY MEDICAL CENTER, | : | |
| | : | Electronically Filed |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come Plaintiff Shyrl Myers, by and through her undersigned counsel, Neal A. Sanders, Esquire, and Dirk D. Beuth, Esquire, and Defendant Grove City Medical Center, by and through its undersigned counsel, W. Scott Hardy, Esquire, and file this Joint Stipulation Of Dismissal With Prejudice in the above-captioned case.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by Plaintiff that Defendant be dismissed from this case with prejudice.

Respectfully submitted,

COHEN & GRIGSBY, P.C.                    LAW OFFICES OF NEAL A. SANDERS

/s/W. Scott Hardy                        /s/Neal A. Sanders
W. Scott Hardy, Esquire                  Neal A. Sanders, Esquire
PA ID NO. 79225                          PA ID. NO. 54618
11 Stanwix Street, 15th Floor            Dirk D. Beuth, Esquire
Pittsburgh, PA 15222-1319                PA ID NO. 76036
(412) 297-4652                           1924 North Main Street Ext.
                                         Butler, PA 16001
                                         (724) 282-7771

Counsel for Defendant                    Counsel for Plaintiff

Dated: July 18, 2008                     Dated: July 18, 2008

SO ORDERED, this ___ day of July, 2008.

_____
Gary L. Lancaster, U.S. District Judge